Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Mark S. Zhai (SBN 287988)
mzhai@blakelylawgroup.com
Colby A. Meagle (SBN 328594)
cmeagle@blakelylawgroup.com
**BLAKELY LAW GROUP**
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOETOPIA, INC., a California Corporation; FOREVER LINK INTERNATIONAL, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-07575-FMO-PD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SHOETOPIA, INC. TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 9/17/2020<br>Current Response Due: 10/8/2020<br>New Response Date: 11/7/2020 |

Counsel for **Plaintiff Deckers Outdoor Corporation** ("Deckers" or "Plaintiff") having met and conferred with counsel for **Defendant Shoetopia, Inc.** ("Defendant Shoetopia"), the Parties agree and, pursuant to Local Rule 8-3, hereby stipulate to a thirty (30) day extension of time for Defendant Shoetopia to answer or otherwise respond to Plaintiff's Complaint. This is the Parties' first stipulation for an extension of time. Defendant Shoetopia shall file its Answer or otherwise respond to the Complaint by November 7, 2020.

1

**STIPULATION TO EXTEND TIME FOR DEFENDANT SHOETOPIA, INC. TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Dated: October 9, 2020            **BLAKELY LAW GROUP**

                                              By:     /s/ Mark S. Zhai
                                                       Brent H. Blakely
                                                       Mark S. Zhai
                                                       Colby A. Meagle
                                                       *Attorneys for Plaintiff*
                                                       *Deckers Outdoor Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users, and that I shall serve a copy of this document as filed on counsel for Defendant Shoetopia, Inc. by email on the same day as filing pursuant to an agreement between the Parties.

DATED: October 9, 2020            By:     /s/ Mark S. Zhai
                                                                                Mark S. Zhai