1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOETOPIA, INC., a California Corporation; FOREVER LINK INTERNATIONAL, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-07575-FMO-PD<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT FOREVER LINK'S ANSWER AND COUNTERCLAIM [DKT. NO. 16]**<br><br>Answer, Counterclaim Served: 11/12/20<br>Current Response Due: 12/04/20<br>New Proposed Due Date: 1/03/21<br><br>**Hon. Fernando M. Olguin** |

18    The Court, upon review of the Stipulation between Plaintiff Deckers Outdoor

19  Corporation and Defendant Forever Link International, Inc. agreeing to extend the

20  deadline for Plaintiff to respond to Defendant Forever Link's Answer and

21  Counterclaim (Dkt. No. 16) by thirty (30) days, and having found good cause therein;

22    IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to

23  Defendant Forever Link's Answer and Counterclaim is extended from December 4,

24  2020 up to and including **January 3, 2021**.

25  **IT IS SO ORDERED**.

26

27  DATED: _____

28

The Honorable Fernando M. Olguin
United States District Court Judge

1

**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT FOREVER LINK'S ANSWER AND COUNTERCLAIM**