1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  DECKERS OUTDOOR CORPORATION, )      Case No. CV 20-7575 FMO (JEMx)
                                 )
12              Plaintiff,       )
                                 )
13          v.                   )      **ORDER DISMISSING ACTION WITHOUT
                                 )      PREJUDICE**
14  SHOETOPIA, INC., et al.,     )
                                 )
15              Defendants.      )
                                 )
16  _____ )

17      Having reviewed the parties' Notice of Pending Settlement as to Defendant Forever Link

18  International, Inc. and Joint Request to Stay All Deadlines [] (Dkt. 32), IT IS ORDERED that the

19  above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon

20  good cause shown within **30 days from the filing date of this Order,** to re-open the action if

21  settlement is not consummated.  The court retains full jurisdiction over this action  and this Order

22  shall not prejudice any party to this action.

23  Dated this 23rd day of July, 2021.

24                                              _____
                                                        /s
25                                              Fernando M. Olguin
                                                United States District Judge

26
27
28