JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHOETOPIA, INC., a California Corporation; FOREVER LINK INTERNATIONAL, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:20-cv-07575-FMO (JEMx)<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION AS TO DEFENDANT FOREVER LINK INTERNATIONAL, INC. INCLUDING COUNTERCLAIMS ASSERTED BY FOREVER LINK INTERNATIONAL, INC. AGAINST PLAINTIFF**<br><br>**Hon. Fernando M. Olguin** |

The Court, having reviewed the Stipulation to Dismissal with Prejudice filed by Plaintiff Deckers Outdoor Corporation ("Plaintiff") and Defendant Forever Link International, Inc. ("Defendant" or "Forever Link"), and having found good cause to exist, **IT IS HEREBY ORDERED** that:

/ / /

/ / /

1   Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant Forever
2   Link is hereby DISMISSED *with prejudice* from the above-captioned action, including
3   all Counterclaims asserted by Defendant Forever Link against Plaintiff in Dkt. No. 16.
4   Plaintiff and Defendant Forever Link shall each bear its own attorneys' fees and costs
5   incurred in connection with this Action.

7   **IT IS SO ORDERED.**

9   Dated:      September 8, 2021

/s/
_____
Honorable Fernando M. Olguin
**United States District Judge**